UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------x
:
LEARNING CARE GROUP, INC.,                            :
:   Case No.: 3:13-CV-01540 (RNC)
Plaintiff,   :
:
vs.                                                                      :
:
:
CARLENE ARMETTA,                                      :
DAVID ARMETTA, and                                   :
ASPIRA MARKETING DIRECT, LLC.,         :   OCTOBER 28, 2013
:
Defendants.   :
-------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT OF LEARNING CARE GROUP, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Learning Care Group, Inc. certifies the following:

All shares of plaintiff Learning Care Group, Inc. are owned by Learning Care Group (US) No. 2, Inc. which in turn is wholly owned by Learning Care Group (US), Inc. which is ultimately wholly owned by Morgan Stanley Private Equity, part of the publicly traded company known as Morgan Stanley.

Dated: October 28, 2013

        Respectfully submitted,

        By: /s/_____
        Stephen P. Fogerty
        Halloran & Sage, LLP
        315 Post Road West
        Westport, CT  06880
        Telephone (203) 227-2855
        Facsimile (203) 227-6992
        fogerty@halloransage.com
        Federal Bar No.:  ct01398

        Attorneys for Plaintiff
        Learning Care Group, Inc.


        Jyotin Hamid
        Tricia B. Sherno
        Debevoise & Plimpton LLP
        919 Third Avenue
        New York, NY  10022
        Telephone (212) 909-1031
        Facsimile (212) 909-6836

        Of Counsel

## CERTIFICATION

This is to certify that on this 28th day of October, 2013, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all parties of record via U.S. mail.

Carlene Armetta
510 Woodbine Road
Stamford, CT 06903

David Armetta
510 Woodbine Road
Stamford, CT 06903

Aspira Marketing Direct, LLC
510 Woodbine Road
Stamford, CT 06903

/s/_____
Stephen P. Fogerty

3079374v.1