# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEARNING CARE GROUP, INC.,

              V.                      **SUMMONS IN A CIVIL CASE**

CARLENE ARMETTA, ET AL.,

                                            CASE NUMBER: 3:13-CV-01540-RNC

TO: Carlene Armetta, David Armetta, Aspira Marketing Direct, LLC
Defendant's Address:

510 Woodbine Rd.
Stamford, CT 06903

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen P. Fogerty
Halloran & Sage
315 Post Rd. West
Westport, CT 06880

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − A. Blue

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2013−10−22 16:35:34.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __David Armetta__
was received by me on *(date)* __10/24/13__.

☒ I personally served the summons on the individual at *(place)* __510 Woodbine Road, Stamford, CT 06903__ on *(date)* __10/25/13__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____

My fees are $ __9.00__ for travel and $ __55.80__ for services, for a total of $ __64.80__ 0.00

I declare under penalty of perjury that this information is true.

Date: __10/25/13__

_____
Servers signature
FAUSTO CARUSONE
STATE MARSHAL, FAIRFIELD COUNTY
_____
Printed name and title

P.O. Box 3008,
Westport, CT 06880
_____
Servers address

Additional information regarding attempted service, etc: