# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEARNING CARE GROUP, INC.,

V.

SUMMONS IN A CIVIL CASE

CARLENE ARMETTA, ET AL.,

CASE NUMBER: 3:13-CV-01540-RNC

TO: Carlene Armetta, David Armetta, Aspira Marketing Direct, LLC

Defendant's Address:

510 Woodbine Rd.
Stamford, CT 06903

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Stephen P. Fogerty**
**Halloran & Sage**
**315 Post Rd. West**
**Westport, CT 06880**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – A. Blue

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2013-10-22 16:35:34.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ASPIRA MARKETING DIRECT LLC
was received by me on *(date)* 10/24/13 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* David L. Armetta, registered Agent for Service for, , who is designated by law to accept service of process on behalf of *(name of organization)* Aspira Marketing Direct LLC; on *(date)* 10/25/13 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 9.00 for travel and $ 55.80 for services, for a total of $ 64.80 0.00

I declare under penalty of perjury that this information is true.

Date: 10/25/13

*Servers signature*
FAUSTO CARUSONE
STATE MARSHAL, FAIRFIELD COUNTY

*Printed name and title*
P.O. Box 3008,
Westport, CT 06880

*Servers address*

Additional information regarding attempted service, etc: