# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Learning Care Group, Inc.** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:13-cv-01540-RNC |
| **Carlene Armetta et al.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Carlene Armetta, Dave Armetta and Aspira Marketing Direct LLC**

Date: **Nov 12, 2013**

*Attorney's signature*

**Joseph M. Pastore III, CT11431**
*Printed name and bar number*

**Pastore & Dailey LLC**
**4 High Ridge Park, 3rd Fl.**
**Stamford CT 06905**
*Address*

**jpastore@psdlaw.net**
*E-mail address*

**203-658-8454**
*Telephone number*

**203-348-0852**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Nov 12, 2013**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*