UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEARNING CARE GROUP, INC., ) | |
| ) | Case No. 3:13-CV-01540 (RNC) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | November 15, 2013 |
| CARLENE ARMETTA, DAVID ) | |
| ARMETTA, and ASPIRA ) | |
| MARKETING DIRECT, LLC, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. Rule 7 and L. Civ. R. 7(b), Defendants Carlene Armetta, David Armetta, and Aspira Marketing Direct, LLC move this Court for an extension of time from November 15, 2013 to December 6, 2013, for the Defendants to respond to Plaintiff Learning Care Group, Inc.'s ("LCG") complaint.

In support of this Motion, the Defendants state the following:

1. Defendants intend to file a motion to dismiss in this action, with said motion including arguments for dismissal pursuant to Rule 12(b)(6), Rule 12(e), and Rule 13(a).

2. Pursuant to Your Honor's individual practice rules, the parties have conferred regarding the proposed motion, and the parties have discussed a possible resolution that would also involve prior pending actions initiated by Defendants against LCG in the District of Connecticut (Docket Numbers 3:13-CV-01461 (VLB) and 3:13-CV-01464 (WWE)).

3. In anticipation of a potential agreement between the parties, the Defendants respectfully request an extension of time to permit further discussions that may obviate further motion practice.

This is the first request for an extension of time by Defendants, and because no trial date has been scheduled in this case, this request will not delay the proceedings.

WHEREFORE, the Defendants, with the assent of LCG, respectfully request an extension of time until December 6, 2013, for the Defendants to file a response to the Complaint in the event they cannot reach an agreement with LCG.

Dated: Stamford, CT
November 15, 2013

                                            Respectfully submitted,

*Defendants Carlene Armetta, David Armetta, and Aspira Marketing Direct, LLC*

*/s/ Joseph M. Pastore III*
Joseph M. Pastore III (ct11431)
Pastore & Dailey LLC
4 High Ridge Park, Third Floor
Stamford, CT 06905
203-658-8454 (tel)
203-348-0852 (fax)
jpastore@psdlaw.net

*Counsel for Defendants*

## **CERTIFICATION**

The undersigned certifies that on the 15th day of November, 2013, the foregoing was filed electronically and notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

>	*/s/ Joseph M. Pastore III*
>	Joseph M. Pastore III