UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
                                                 :
LEARNING CARE GROUP, INC.,                       :
                                                 :
                                Plaintiff,        :       Case No. 3:13-CV-01540 (RNC)
                                                 :
        vs.                                       :
                                                 :
                                                 :
                                                 :
CARLENE ARMETTA, DAVID                           :
ARMETTA, and ASPIRA                              :
MARKETING DIRECT, LLC,                           :
                                Defendant.        :       December 6, 2013
                                                 :
-----------------------------------------------------------------x

## JOINT MOTION TO TRANSFER

Plaintiff Learning Care Group, Inc., joined by Defendants Carlene Armetta, David

Armetta and Aspira Marketing Direct, LLC, respectfully requests that this matter be

transferred to the Honorable Vanessa L. Bryant and that Defendants' time to respond to

Plaintiff's complaint be stayed pending the Court's decision on this motion.  The

Honorable Vanessa L. Bryant is presiding over the matters of *David Armetta, et al v.*

*Learning Care Group, Inc.*, (Case No. 3:13-CV-01461 (VLB)) and *Carlene Armetta v.*

*Learning Care Group Inc.* (Case No. 3:13-CV-01464 (VLB)), and all claims arise out of a

common nucleus of operative facts.

Pursuant to Local Rule 40(b) when there are more than one related cases they

should be assigned to the Judge having the earliest filed case.

2

Dated:  December 6, 2013

Respectfully submitted,

PLAINTIFF
LEARNING CARE GROUP, INC.

By: /s/ Jyotin Hamid
Debevoise & Plimpton LLP
Jyotin Hamid (jhamid@debevoise.com), *pro hac vice*
Tricia B. Sherno (tsherno@debevoise.com), *pro hac vice*
919 Third Avenue
New York, New York 10022
Phone: (212) 909-1031
Fax: (212) 909-6836

Stephen P. Fogerty (foggerty@halloransage.com)
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut 06880
Phone: (203) 227-2855
Fax: (203) 227-6992

3

## CERTIFICATION

The undersigned certifies that on the 6th day of December, 2013, the foregoing was filed electronically and notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

/s/ Jyotin Hamid
Jyotin Hamid