UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEARNING CARE GROUP, INC., | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:13cv1540 (RNC) |
| CARLENE ARMETTA ET AL., | : |
| Defendants. | : |

ORDER

In the interest of justice, the above identified case is hereby transferred to Judge Vanessa L. Bryant. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and bear the docket number 3:13cv1540 (VLB)

So ordered.

Dated at Hartford, Connecticut this 11th day of December 2013.

/s/ RNC
Robert N. Chatigny
United States District Judge