Civil- (Dec-2008)

HONORABLE: Victor A. Bolden
DEPUTY CLERK: J. Perez
RPTR/ECRO/TAPE: S. Montini
TOTAL TIME: 1 hours 20 minutes
DATE: 2/26/2016   START TIME: 1:58   END TIME: 3:18
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:13cv1540 (VAB)

Learning Care Group, Inc.
                vs
Armetta et al

Stephen P. Fogerty
Plaintiff's Counsel

Joseph M. Pastore, III
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing          [ ] Show Cause Hearing
[ ] Evidentiary Hearing     [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

| | | | |
|---|---|---|---|
| [✓] #103 Motion Summary Judgment | [ ] granted | [ ] denied | [✓] advisement |
| [✓] #105 Motion Summary Judgment | [ ] granted | [ ] denied | [✓] advisement |
| [✓] #107 Motion Summary Judgment | [ ] granted | [ ] denied | [✓] advisement |
| [✓] #109 Motion Summary Judgment | [ ] granted | [ ] denied | [✓] advisement |
| [ ] # Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] # Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] # Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] Oral Motion | [ ] granted | [ ] denied | [ ] advisement |

[ ] Briefs(s) due ____  [ ] Proposed Findings due ____  Response due ____

[ ] ........ ____  [ ] filed [ ] docketed
[ ] ........ ____  [ ] filed [ ] docketed
[ ] ........ ____  [ ] filed [ ] docketed
[ ] ........ ____  [ ] filed [ ] docketed
[ ] ........ ____  [ ] filed [ ] docketed
[ ] ........ ____  [ ] filed [ ] docketed
[ ] ........ Hearing continued until ____ at ____

Notes: